1  WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
2  Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
3  Nevada Bar No. 13474
4  7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
5  (702) 637-2345; Fax: (702) 946-1345
6  dbrenner@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon F/K/A The Bank of New York as*
7  *Successor to JP Morgan Chase Bank, Not Individually But Solely as Trustee for the Holder of*
*the Bear Stearns ALT-A Trust 2004-11, Mortgage Pass-Through Certificates, Series 2004-11*
8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JP MORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDER OF THE BEAR STEARNS ALT-A TRUST 2004-11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-11,<br><br>                    Plaintiff,<br>      vs.<br><br>STEWART INFORMATION SERVICES CORP.; STEWART TITLE GUARANTY COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>                    Defendants. | Case No.: 2:21-cv-01492-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF No. 5-6]**<br><br>**[First Request]** |

COMES NOW Plaintiff, The Bank of New York Mellon F/K/A The Bank of New York as Successor to JP Morgan Chase Bank, Not Individually But Solely as Trustee for the Holder of the Bear Stearns ALT-A Trust 2004-11, Mortgage Pass-Through Certificates, Series 2004-11 ("BONY") and Defendants Stewart Information Services Corp. ("SISC") and Stewart Title Guaranty Company ("STGC"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On July 15, 2021, BONY filed its Complaint in Eighth Judicial District Court, Case No. A-21-837949-C [ECF No. 1-1];
2. On August 11, 2021, Defendants filed a Petition for Removal to this Court [ECF No. 1];
3. On August 18, 2021, Defendants filed their respective Motions to Dismiss [ECF No. 5-6];
4. BONY's deadline to respond to Defendants' Motion to Dismiss is currently September 1, 2021;
5. BONY's counsel is requesting a brief extension until Wednesday, September 8, 2021, to file its response to the pending Motion to Dismiss;
6. This extension is requested to allow counsel for BONY additional time to review and respond to the points and authorities cited to in the pending Motions;
7. Counsel for Defendants does not oppose the requested extension;
8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 1st day of September, 2021.<br>WRIGHT, FINLAY & ZAK, LLP<br><br>*/s/ Darren T. Brenner*<br>Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, The Bank of New York Mellon F/K/A The Bank of New York as Successor to JP Morgan Chase Bank, Not Individually But Solely as Trustee for the Holder of the Bear Stearns ALT-A Trust 2004-11, Mortgage Pass-Through Certificates, Series 2004-11* | DATED this 1st day of September, 2021.<br>MAURICE WOOD<br><br>*/s/ Brittany Wood*<br>Brittany Wood, Esq.<br>Nevada Bar No. 7562<br>8250 West Charleston Blvd., Suite 100<br>Las Vegas, Nevada 89117<br>*Attorney for Defendants Stewart Information Services Corp. and Stewart Title Guaranty Company* |

**IT IS SO ORDERED.**

DATED this __4th__ day of September, 2021.

_____
RICHARD F. BOULWARE, II
United States District Court