AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
ELIZABETH E. ARONSON, ESQ.
Nevada Bar No. 14472
**MAURICE WOOD**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone:  (702) 463-7616
Facsimile:  (702) 463-6224
E-Mail:    amaurice@mauricewood.com
           bwood@mauricewood.com
           earonson@mauricewood.com

Attorneys for Defendant,
STEWART TITLE GUARANTY COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JP MORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDER OF THE BEAR STEARNS ALT-A TRUST 2004-11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-11,<br><br>Plaintiff,<br><br>vs.<br><br>STEWART INFORMATION SERVICES, CORP.; STEWART TITLE GUARANTY COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-01492-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 6]**<br><br>**[First Request]** |

Defendant, Stewart Title Guaranty Company ("STCG" or "Defendant"), by and through its counsel of record, MAURICE WOOD, and Plaintiff, The Bank of New York Mellon F/K/A the Bank of New York as Successor to JP Morgan Chase Bank, not individually but solely as trustee for the holder of the Bear Stearns ALT-A Trust 2004-11, Mortgage Pass-Through Certificates, Series 2004-11's ("Plaintiff"), by and through its counsel of record, WRIGHT FINLAY & ZAK, hereby stipulate and agree as follows:

1. On July 15, 2021, Plaintiff filed its Complaint in the Eighth Judicial District Court, Case No. Case No. A-21-837949-C.  See ECF No. 1-1.

2. On August 11, 2021, STGC and Stewart Information Services Corporation ("SISC") filed a Petition for Removal with this Court, based upon diversity jurisdiction.  See ECF No. 1.

3. On August 18, 2021, SISC filed a Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).  See ECF No. 5.

4. On August 18, 2021, STGC filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).  See EFC No. 6.

5. On September 1, 2021, the parties stipulated to extend the deadline for Plaintiff to respond to the Motions to Dismiss until September 8, 2021, which was subsequently granted by this Court.  See ECF Nos. 8, 11.

6. On September 8, 2021, Plaintiff filed an unopposed Motion to extend the deadline for Plaintiff to respond to the Motions to Dismiss until September 9, 2021, which was subsequently granted by this Court.  See ECF No. 12, 18.

7. On September 9, 2021, Plaintiff filed its Responses in Opposition to the two Motions to Dismiss, with an accompanying Request for Judicial Notice.  See ECF Nos. 13-15.

8. The timing of Plaintiff's filing of the Responses created a scheduling conflict for Defendant's counsel due to Defendant's counsels' prior professional and family commitments.

9. As such, the parties have stipulated that the deadline for the filing of STGC's Reply will be extended to October 1, 2021.

10. This extension is requested to allow counsel for Defendants additional time to review and respond to the points and authorities filed by Plaintiff while still allowing Defendant's counsel to comply with her previously planned commitments.

11. Counsel for Plaintiff does not oppose the requested extension.

///

///

///

12. This is the first request for an extension which is brought in good faith and not for purposes of delay.

DATED this 14th day of September, 2021.  DATED this 14th day of September, 2021.

**MAURICE WOOD**  **WRIGHT FINLAY & ZAK, LLP**

By: /s/ Brittany Wood  By:/s/ Darren T. Brenner
AARON R. MAURICE, ESQ.  DARREN T. BRENNER, ESQ.
Nevada Bar No. 006412  Nevada Bar No. 8386
BRITTANY WOOD, ESQ.  LINDSAY D. DRAGON, ESQ.
Nevada Bar No. 007562  Nevada Bar No. 13474
ELIZABETH E. ARONSON, ESQ.  CHRISTINA V. MILLER, ESQ.
Nevada Bar No. 014472  Nevada Bar No. 12448
8250 West Charleston Blvd., Suite 100  7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117  LAS VEGAS, NV 89117
*Attorneys for Defendants*  *Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 15th day of September, 2021.