WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon F/K/A The Bank of New York as Successor to JP Morgan Chase Bank, Not Individually But Solely as Trustee for the Holder of the Bear Stearns ALT-A Trust 2004-11, Mortgage Pass-Through Certificates, Series 2004-11*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JP MORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDER OF THE BEAR STEARNS ALT-A TRUST 2004-11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-11,<br><br>Plaintiff,<br>vs.<br><br>STEWART INFORMATION SERVICES CORP.; STEWART TITLE GUARANTY COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01492-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO OPPOSITION TO MOTION FOR REMAND [ECF No. 24]**<br><br>[First Request] |

COMES NOW Plaintiff, The Bank of New York Mellon F/K/A The Bank of New York as Successor to JP Morgan Chase Bank, Not Individually But Solely as Trustee for the Holder of the Bear Stearns ALT-A Trust 2004-11, Mortgage Pass-Through Certificates, Series 2004-11 ("BONY") and Defendants Stewart Information Services Corp. ("SISC") and Stewart Title Guaranty Company ("STGC"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On July 15, 2021, BONY filed its Complaint in Eighth Judicial District Court, Case No. A-21-837949-C [ECF No. 1-1];
2. On August 11, 2021, Defendants filed a Petition for Removal to this Court [ECF No. 1];
3. On September 10, 2021, BONY filed its Motion for Remand [ECF No. 17];
4. On September 24, 2021, Defendants filed their Opposition to the Motion for Remand [ECF No. 24]
5. BONY's deadline to respond to Defendants' Opposition to Motion for Remand is currently October 1, 2021;
6. BONY's counsel is requesting a brief extension until Tuesday, October 5, 2021, to file its response to the Opposition;
7. This extension is requested to allow counsel for BONY additional time to review and respond to the points and authorities cited to in the pending Motions;
8. Counsel for Defendants does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 30th day of September, 2021.<br>WRIGHT, FINLAY & ZAK, LLP | DATED this 30th day of September, 2021.<br>MAURICE WOOD |
| /s/ Lindsay D. Dragon<br>Lindsay D. Dragon, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, The Bank of New York Mellon F/K/A The Bank of New York as Successor to JP Morgan Chase Bank, Not Individually But Solely as Trustee for the Holder of the Bear Stearns ALT-A Trust 2004-11, Mortgage Pass-Through Certificates, Series 2004-11* | /s/ Brittany Wood<br>Brittany Wood, Esq.<br>Nevada Bar No. 7562<br>8250 West Charleston Blvd., Suite 100<br>Las Vegas, Nevada 89117<br>*Attorney for Defendants Stewart Information Services Corp. and Stewart Title Guaranty Company* |

**IT IS SO ORDERED.**

DATED this __5th__ day of October, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court