WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, not individually but solely as trustee for the holders of the Bear Stearns ALT-A Trust 2004-11, Mortgage Pass-Through Certificates, Series 2004-11*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JP MORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDER OF THE BEAR STEARNS ALT-A TRUST 2004-11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-11,<br><br>Plaintiff,<br>vs.<br><br>STEWART INFORMATION SERVICES, CORP.; STEWART TITLE GUARANTY COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01492-RFB-DJA<br><br>**STIPULATION TO DISMISS DEFENDANT STEWART INFORMATION SERVICES CORP., WITHDRAW STEWART INFORMATION SERVICES CORP.'S MOTION TO DISMISS [ECF NO. 5], AND WITHDRAW THE BANK OF NEW YORK MELLON'S MOTION FOR REMAND [ECF NO. 17]** |

Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, not individually but solely as trustee for the holders of the Bear Stearns ALT-A Trust 2004-11, Mortgage Pass-Through Certificates, Series 2004-11 (hereinafter "BNYM"), by and through its counsel of record, Darren Brenner, Esq., of the law firm of WRIGHT, FINLAY & ZAK, LLP, along with Defendants, Stewart Information Services Corp. ("SISC") and Stewart Title

Guaranty Company ("STGC"), by and through their counsel of record, Aaron R. Maurice, Esq., of MAURICE WOOD (collectively the "Parties"), hereby stipulate and agree as follows:

WHEREAS:

1.      BNYM filed its Complaint against SISC and STGC on July 15, 2021, with the Eighth Judicial District Court of the State of Nevada;

2.      SISC and STGC removed the action to the United States District Court for the District of Nevada on August 11, 2021 [ECF No. 1];

3.      SISC filed its Motion to Dismiss for Lack of Personal Jurisdiction on August 18, 2021 [ECF No. 5];

4.      BNYM filed its Motion for Remand on September 10, 2021 [ECF No. 17];

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED:**

1.     BNYM's claims against SISC shall be dismissed without prejudice, with each party to bear its own costs and fees.  SISC's pending Motion to Dismiss [ECF No. 5] is withdrawn as moot.

2.     BNYM's Motion for Remand [ECF No. 17] is withdrawn and does not require a decision from the Court.

**IT IS SO STIPULATED** this 26th day of January, 2022.

WRIGHT, FINLAY & ZAK, LLP                    MAURICE WOOD

*/s/ Darren T. Brenner*                                    */s/ Aaron R. Maurice*
Darren Brenner, Esq.                                      Aaron R. Maurice, Esq.
Nevada Bar No. 8386                                      Nevada Bar No. 6412
Lindsay D. Robbins, Esq.                              Brittany Wood, Esq.
Nevada Bar No. 13474                                    Nevada Bar No. 7562
7785 W. Sahara Ave., Suite 200                   Elizabeth E. Aronson, Esq.
Las Vegas, NV 89117                                     Nevada Bar No. 14472
*Attorneys for Plaintiff, The Bank of New York*   8250 West Charleston Blvd., Suite 100
*Mellon f/k/a The Bank of New York as*             Las Vegas, Nevada 89117
*successor to JPMorgan Chase Bank, not*           *Attorneys for Defendants, Stewart*
*individually but solely as trustee for the*          *Information Services Corp. and Stewart*
*holders of the Bear Stearns ALT-A Trust 2004-*   *Title Guaranty Company*
*11, Mortgage Pass-Through Certificates,*
*Series 2004-11*

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
**United States District Court**
DATED this 31st day of January, 2022.