WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, not individually but solely as trustee for the holders of the Bear Stearns ALT-A Trust 2004-11, Mortgage Pass-Through Certificates, Series 2004-11*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JP MORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDER OF THE BEAR STEARNS ALT-A TRUST 2004-11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-11, <br><br> Plaintiff, <br><br> vs. <br><br> STEWART TITLE GUARANTY COMPANY, <br><br> Defendant. | Case No.: 2:21-cv-01492-RFB-DJA <br><br> **JOINT STATUS REPORT** |

Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, not individually but solely as trustee for the holders of the Bear Stearns ALT-A Trust 2004-11, Mortgage Pass-Through Certificates, Series 2004-11 and Defendant, Stewart Title Guaranty Company (collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby submit this status report pursuant to the Court's Minute Order, filed on March 23, 2023 [ECF No. 56].

On March 22, 2023, the Parties filed their Notice of Settlement [ECF No. 55]. The Court filed a Minute Order requiring the Parties to file dismissal documents or a status report by May

22, 2023, addressing the status of the settlement [ECF No. 56]. The Parties need additional time to finalize the terms of the settlement agreement. The Parties request an additional thirty (30) days, through and including June 21, 2023, to file a stipulation to dismiss this action or another joint status report advising the Court of the status of settlement.

DATED this 17th day of May, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, not individually but solely as trustee for the holders of the Bear Stearns ALT-A Trust 2004-11, Mortgage Pass-Through Certificates, Series 2004-11*

DATED this 17th day of May, 2023.

MAURICE WOOD

*/s/ Brittany Wood*
Brittany Wood, Esq.
Nevada Bar No. 7562
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
*Attorneys for Defendant, Stewart Title Guaranty Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that service of the foregoing **JOINT STATUS REPORT** was made on the 17th day of May, 2023, to all parties and counsel identified on the CM/ECF System via Electronic Notification.

*/s/ Faith Harris*
An Employee of WRIGHT, FINLAY & ZAK, LLP

APPROVED:

DATED this 18th day of May, 2023.

_____
RICHARD F. BOULWARE, II
United States District Judge