WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, not individually but solely as trustee for the holders of the Bear Stearns ALT-A Trust 2004-11, Mortgage Pass-Through Certificates, Series 2004-11*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JP MORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDER OF THE BEAR STEARNS ALT-A TRUST 2004-11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-11, <br><br> Plaintiff, <br><br> vs. <br><br> STEWART TITLE GUARANTY COMPANY, <br><br> Defendant. | Case No.: 2:21-cv-01492-RFB-DJA <br><br> **ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, not individually but solely as trustee for the holders of the Bear Stearns ALT-A Trust 2004-11, Mortgage Pass-Through Certificates, Series 2004-11, and Defendant, Stewart Title Guaranty Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

1  **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed
2  WITH PREJUDICE, with each party to bear its own fees and costs.

3  DATED this 21st day of August, 2023.   DATED this 21st day of August, 2023.

4  WRIGHT, FINLAY & ZAK, LLP   MAURICE WOOD

5

6  */s/ Lindsay D. Dragon*   */s/ Aaron Maurice*
Lindsay D. Dragon, Esq.   Aaron Maurice, Esq.
7  Nevada Bar No. 13474   Nevada Bar No. 6412
7785 W. Sahara Ave., Suite 200   8250 West Charleston Blvd., Suite 100
8  Las Vegas, NV 89117   Las Vegas, Nevada 89117
*Attorney for Plaintiff, The Bank of New York*   *Attorneys for Defendant, Stewart Title*
9  *Mellon f/k/a The Bank of New York as*   *Guaranty Company*
*successor to JPMorgan Chase Bank, not*
10  *individually but solely as trustee for the*
*holders of the Bear Stearns ALT-A Trust*
11  *2004-11, Mortgage Pass-Through*
*Certificates, Series 2004-11*
12

13

14

15

16

17  **IT IS SO ORDERED.**

18  DATED: August 22, 2023

19

20